the state of New York, on the relation of George G. Brown, Jr., against William F. Baker and others. G. A. Logan, for appellant. J. F. O'Brien, for respondents. No opinion. Order affirmed. with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. CORCORAN v. McADOO, Com'r. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Proceeding by the people of the state of New York, on the relation of John W. Corcoran, against William McAdoo, as commissioner. J. Canter, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. DWYER, Appellant, v. Greene, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Proceeding by the people of the state of New York, on the relation of John Dwyer, against Francis V. Greene, commissioner. J. R. Halsey for appellant. T. Farley, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

PATTERSON and LAUGHLIN, JJ., dissent.

---

PEOPLE ex rel. GILHOOLY v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of William B. Gilhooly, against William McAdoo, as police commissioner. No opinion. Motion granted.

---

PEOPLE ex rel. GLEITSMAN v. LEWIS, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Alban Gleitsman, against Edson Lewis, as police commissioner of the city of Mt. Vernon, N. Y. No opinion. Determination confirmed, with costs.

---

PEOPLE ex rel. GOTTSBERGER, Appellant, v. LITTLETON, Borough President, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Francis Gottsberger, against Martin W. Littleton, as president of the borough of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. HELWIG v. McADOO, Police Com'r. (Supreme Court, Appellate Division, Second Department, March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Henry Helwig, against William McAdoo, as police commissioner. No opinion. Motion granted.

PEOPLE ex rel. MORRIS, Appellant, v. BAKER et al., Respondents. (Supreme Court Appellate Division, First Department. March 23, 1906.) Proceeding by the people of the state of New York, on the relation of William J. Morris, against William F. Baker and others R. Weed, for appellant. W. B. Crowell, fo respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. MURPHY v. McADOO Police Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906. Proceeding by the people of the state of New York, on the relation of Charles M. Murphy against William McAdoo, as police commissioner. No opinion. Motion granted.

---

PEOPLE ex rel. NUGENT v. McADOO Police Com'r. (Supreme Court, Appellate Division, Second Department. March 2, 1906. Proceeding by the people of the state of New York, on the relation of Rafael R. Nugent against William McAdoo, as police commissioner, etc. No opinion. Motion granted.

---

PEOPLE ex rel. ROCHESTER RY. & LIGHT CO. v. STEARNS et al., Tax Com'rs In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Third Department March 22, 1906.) Proceeding by the people o: the state of New York, on the relation of the Rochester Railway & Light Company, agains: Lester F. Stearns and others, as tax commis sioners of the state of New York, constituting the state board of tax commissioners. In the matter of the application of the city of Rochester for leave to intervene. No opinion. Motion for leave to go to Court of Appeals granted and question certified as follows: "Has the Supreme Court power, in this proceeding, to allow the city of Rochester, upon its application, after the issuance of the writ of certiorar: and service thereof upon the state board of tax commissioners, and after the service of a return thereto, to intervene as a party defend ant herein?"

---

PEOPLE ex rel. SELLEW, Appellant, v. HAYES, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. March 23, 1906.) Proceeding by the people of the state of New York, on the relation of Edward Sellew, against Nicholas J. Hayes, as commissioner. A. S. Gilbert, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. STILLMAN, Respondent, v. STILLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Proceeding by the people of the state of New York, on the relation of Lewis G. Stillman, against Anna Amenda Stillman. No opinion. Order denying motion to quash writ of habeas corpus reversed, with $10 costs and